IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGEL O. GUITIERREZ-HUERTA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY LANNING HOSPITAL, CHILDREN'S HOSPITAL, DR. SUZANNE HANEY, DR. DANIEL LEONARD, DR. BENJAMIN FAGE, HASTINGS POLICE DEPT., SGT. PAUL WEBER, KYLE WOODWORTH, Officer; BYRON GATES, Officer; DET. DANA DRAMSE, NEIL MILLER, Buffalo County Sheriff; LT. CHAD HUNT, Buffalo County Jail; ADAMS COUNTY JAIL ADMINISTRATOR, and MAGEE, Former Adams County Sheriff;<br><br>Defendants. | **8:19CV321**<br><br>**MEMORANDUM AND ORDER** |

On April 22, 2020, the court ordered Plaintiff to update his address with the court within 20 days or face dismissal of this action. (Filing No. 13.) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 14th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
